## The People of the State of Illinois ex rel. Wabash Railroad Company et al., v. Mazzini Slusser.

### Gen. No. 21,027. (Not to be reported in full.)

Original proceeding in the Appellate Court for mandamus against Hon. MAZZINI SLUSSER, Judge of the Superior Court of Cook County. Heard in this court at the October term, 1914. Petition denied. Opinion filed October 14, 1914.

### Statement of the Case.

Application to the Appellate Court by the People of the State of Illinois *ex rel.* Wabash Railroad Company and others for leave to file a petition for a writ of mandamus directing Mazzini Slusser, sitting as a judge of the Superior Court of Cook county, to sign a bill of exceptions containing informal language used by said judge.

ZANE, MORSE & McKINNEY, for relators.

PER CURIAM.

### Abstract of the Decision.

MANDAMUS, § 26*—*when application for leave to file petition to compel judge to sign bill of exceptions will be denied.* An application to the Appellate Court for leave to file a petition for a writ of mandamus, to compel a trial judge to sign a bill of exceptions containing informal language of the judge to the attorneys before his final and recorded disposition of a motion for a new trial, was denied for the reason that the language had nothing to do with matters occurring at the trial or which could have in any way influenced the jury, and for the reason the action of the judge speaks for itself through the record as to the reasons for and against the allowance of a new trial.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.